IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC

2011 APR 22 P 12: 34

_Tommy L Harris Jr_                    )    Civil Action No._____
[Enter the full name of the plaintiff in this action]    )                    (to be assigned by Clerk)
                                       )
v.                                     )    **C O M P L A I N T**
                                       )    **State Prisoner**
_Charleston Detention_                 )
_Center; sheriff Al Cannon_            )
_____        )
_____        )
_____        )
_____        )
Enter above the full name of defendant(s) in this action    )

I.    PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes  ✓    No_____

B.   If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

     1.   Parties to this previous lawsuit:

          Plaintiff: _Tommy Lee Harris Jr_

          Defendant(s): _Charleston Detenten    Al Cannon_

     2.   Court: _____
               (If federal court, name the district; if state court, name the county)

     3.   Docket Number: _309  2880_

     4.   Name(s) of Judge(s) to whom case was assigned: _Karen Boston - Josph F McCror_
          → ey.
     5.   Disposition: _Pending_
               (For example, was the case dismissed? Appealed? Pending?)

     6.   Approximate date of filing lawsuit: _November 6 2009_

     7.   Approximate date of disposition: _____


Complaint - State Prisoner
Revised October 3, 2007

II.    PLACE OF PRESENT CONFINEMENT

A.    Name of Prison/Jail/Institution: _____Charleston    Detention    Center_____

B.    What are the issues that you are attempting to litigate in the above-captioned case? _____

_____

C.    (1)    Is there a prisoner grievance procedure in this institution?    Yes_____    No__✓____

(2)    Did you file a grievance concerning the claims you are raising in this matter?    Yes_____    No__✓____

When_____    Grievance Number (if available) _____

D.    Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?    Yes_____    No__✓____

E.    When was the final agency/departmental/institutional answer or determination received by you? _____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F.    If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?    Yes_____    No__✓____

G.    If your answer is YES:

1.    What steps did you take?_____

2.    What was the result?_____

III.    PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A.    Name of Plaintiff:_____Tommy Lee Harris Jr_____    Inmate No.:_____

Address: _____

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*    Sheriff Al Cannon

B.    Name of Defendant:_____Charleston Detention Cente_____    Position: _____

Place of Employment: _____

C.    Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

_____

_____

_____

_____

Complaint - State Prisoner
Revised October 3, 2007

## IV.  STATEMENT OF CLAIM

*State here, as briefly as possible, the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach an extra sheet if necessary.*

Complaint - State Prisoner
Revised October 3, 2007

V.    RELIEF

*State briefly and exactly what you want the court to do for you.*

One Hundred Thousand

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this _____ day of _____, 20_____.*

_____
*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007